583 A.2d 317

IN THE MATTER OF GEORGE KIFFERLY, ET AL., FIRE CAP-
TAIN (LIEUTENANT), PROMOTIONAL EXAMINATION FOR
THE TWELVE CONSENT DECREE CITIES.

February 6, 1990.

Petition for certification denied.

583 A.2d 318

HARRY ADAMS AND JEANETTE ADAMS v. SPRING LOCK
SCAFFOLDING COMPANY.

February 6, 1990.

Petition for certification denied.

583 A.2d 318

STATE OF NEW JERSEY v. DONALD D. BERTOLA.

February 6, 1990.

Petition for certification denied.

583 A.2d 318

JONATHAN NICHADOWICZ v. NEW JERSEY
DEPARTMENT OF CORRECTIONS.

February 6, 1990.

Petition for certification denied.